
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00588-WYD-MJW

RUSSELL D. COOLEY,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Executive Director of C.D.O.C.,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendant or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendant.

    Dated: May 14, 2008

                                  BY THE COURT:

                                  <u>s/ Wiley Y. Daniel</u>
                                  Wiley Y. Daniel
                                  U. S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00588-WYD-MJW

Russell D. Cooley
Doc No. 134874
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Aristedes W. Zavaras - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes W. Zavaras; AMENDED COMPLAINT FILED 04/28/08, SUMMONS, WAIVER* and NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/16/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk