IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00588-WYD-MJW

RUSSELL D. COOLEY,

Plaintiff(s),

v.

EXECUTIVE DIRECTOR OF C.D.O.C. et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten letter (docket no. 19) [motion to amend complaint and other relief] is DENIED WITHOUT PREJUDICE. The Pro Se Incarcerated Plaintiff will need to file with the court a written motion to amend complaint along with a proposed amended complaint and shall serve the defendants with the same. In addition, the Pro Se Incarcerated Plaintiff will need to proceed under the rules and regulations of the Colorado Department of Corrections in obtaining his medical records. There is no indication in the subject letter (docket no. 19) that the Pro Se Incarcerated Plaintiff has complied with the administrative procedures of the Colorado Department of Corrections in obtaining his medical records.

Date: May 19, 2008