IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00588-WYD-MJW

RUSSELL D. COOLEY,

Plaintiff(s),

v.

EXECUTIVE DIRECTOR OF C.D.O.C. et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's "Motion requesting the following amendment(s) to civil action no. 08-cv-00588-WYD-MJW" (Docket No. 26) is DENIED WITHOUT PREJUDICE.

     As plaintiff was previously advised in a Minute Order issued by this court on May 19, 2008 (Docket No. 24), along with any motion to amend a complaint, plaintiff must also submit a proposed amended complaint. That proposed pleading must include all of the claims contained in the last amended complaint, as well as the new claims/defendants plaintiff seeks to add which allege facts to demonstrate that each named defendant personally participated in the asserted constitutional violations. Furthermore, the court notes that it appears that the plaintiff is seeking to add as defendants two state DOC offices and reminds plaintiff of Judge Boland's previous Order (Docket No. 12) issued on April 22, 2008, in which Judge Boland stated that "[t]he State of Colorado and its entities are protected by Eleventh Amendment immunity. **See Will v. Michigan Dep't of State Police**, 491 U.S. 58, 66 (1989) . . . ." (Docket No. 12).

Date: May 30, 2008