IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00588-WYD-MJW

RUSSELL D. COOLEY,

Plaintiff,

v.

EXECUTIVE DIRECTOR OF C.D.O.C. et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's "Motion, requesting the U.S. Dist. Court to subpoena Intelligence files from D.O.C. on behalf of Plaintiff" (Docket No. 29) is denied without prejudice as premature.

Date: July 10, 2008