**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00588-CMA-MJW

RUSSELL D. COOLEY,

     Plaintiff,

v.

ARISTEDES W. ZAVARAS "EXECUTIVE DIRECTOR OF C.D.O.C.,"

     Defendant.

---

**ORDER ADOPTING AND AFFIRMING OCTOBER 2, 2008 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation by the Magistrate Judge

that this case be dismiss without prejudice pursuant to Rule 1(a)(1)(A) (Doc. # 42).

The Recommendation advised the parties that specific written objections were

due within ten (10) days after being served with a copy of the Recommendation

(Recommendation at 6). Despite this advisement, no objections to the Magistrate

Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . .

[judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d

1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating

that "[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when

neither party objects to those findings"). Applying this standard, the Court is satisfied

that the Recommendation of the Magistrate Judge is sound and that there is no clear

error on the face of the record. *See* Fed. R. Civ. P. 72(a).  The Court agrees that the

above referenced matter should be dismissed without prejudice pursuant to Rule

41(a)(1)(A).  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge

Watanabe (Doc. # 42) dated October 2, 2008, is AFFIRMED and ADOPTED.  In

accordance therewith, it is

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE

pursuant to Rule 1(a)(1)(A).  It is

FURTHER ORDERED that Defendant's Motion to Dismiss is DENIED as moot.

DATED: November __17__, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge