**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00588-CMA-MJW

RUSSELL D. COOLEY,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS "EXECUTIVE DIRECTOR OF C.D.O.C.,"

    Defendant.

---

**AMENDED ORDER ADOPTING AND AFFIRMING OCTOBER 2, 2008
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court *sua sponte* to amend two typographical errors in the Order Adopting and Affirming October 2, 2008 Recommendation of United States Magistrate Judge (Doc. # 44).

IT IS ORDERED that the first paragraph on page 1 should read as follows: "This matter is before the Court on the Recommendation by the Magistrate Judge that this case be dismissed without prejudice pursuant to **Rule 41**(a)(1)(A) (Doc. # 42)."

IT IS FURTHER ORDERED that the second full paragraph on page 2 should read as follows: "FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to **Rule 41**(a)(1)(A)."

IT IS FURTHER ORDERED that all other language in Doc. 44 shall remain the same as set forth therein.

DATED: November  18 , 2008

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge